UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE:

AIXA MUIR,

                    Debtor(s).
-------------------------------------------------------x

Case No: 1-16- 40104 - nhl

**AFFIDAVIT OF COMPLIANCE**

       The undersigned affiant Aixa Muir, (hereinafter "Debtor") being first duly sworn and under penalty of perjury, deposes and states in support of confirmation of the above captioned bankruptcy case that:

*(Must check either A or B)*

1._____ (A) The undersigned Debtor has domestic support obligations pursuant to 11 U.S.C. Section 101(14)A and has paid all domestic support obligations required to be paid pursuant to 11 U.S.C. Section 1325(a)(8).

   _X_ (B) The undersigned Debtor does **NOT** have domestic support obligations pursuant to 11 U.S.C. Section 101(14A).

*(Must check either A or B)*

2._X_ (A) The undersigned Debtor is required to file tax returns and has filed all applicable and required Federal, State and local tax returns pursuant to 11 U.S.C. Section 1308.

   _____ (B) The undersigned Debtor is **NOT** required to file tax returns.

**By signing this affidavit, I acknowledge that all statements contained herein are true and accurate and that the Trustee may rely on the truth of each of these statements in making its recommendation to confirm the Chapter 13 plan. The Trustee may seek revocation of the Chapter 13 plan if the statements relied upon are not accurate.**

_____
               Debtor

Sworn and subscribed before me this

the _8th_ day of _Jan._, 2016.

_____
Notary Public

KIVA V. JAMES. ESQ.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02JA6138035
Qualified in Kings County
Commission Expires October 29, 2019

RECEIVED

2016 JAN 11  P 12: 18

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK