**US BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------X

In Re:

                                     Case No. 16 – 40104-nhl

                                     Chapter 13

      Muir, Aixa

               Debtor(s).

-----------------------------------------------X

## INCOME AFFIDAVIT

I, Aixa Muir, the undersigned Debtor herein, swear and affirm as follows:

1. I am self employed as the sole owner of Ludlow Barrett Associates, LLC.

2. I earn about $3,500.00 per month (after business expenses) from Ludlow Barrett Assoc., LLC.

3. I receive $3,000.00 per month from two (2) separate tenants that pay $1,500.00 each.

Dated: _01/12/2016_____

                                        Signature of Debtor

Sworn to before me this _12th_

day of _January_____, 2016

Notary Public, State of New York

KIVA V. JAMES, ESQ.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02JA6138035
Qualified In Kings County
My Commission Expires December 29, 2019