Case 1-16-40104-nhl    Doc 39    Filed 06/17/16    Entered 06/17/16 09:58:36



June 17, 2016

**VIA ECF**

United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Bankruptcy Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**Re: In re Aixa Muir (the "Debtor"),
    Case No.: 16-40104 (NHL)**

Dear Judge Lord:

    This office represents Ocwen Loan Servicing, LLC ("Ocwen"), as servicer in this loss mitigation proceeding. Ocwen has confirmed that the Debtor's loan modification application is complete and no additional documentation is being requested.  Ocwen is currently reviewing the Debtor for all available loss mitigation options.

    Thank you for your time and attention.

                                          Respectfully submitted,

                                          LEOPOLD & ASSOCIATES, PLLC

                                          BY: /s/ Michael Rozea
                                          For the Firm

Cc: Kiva James, Esq.  (Via ECF)

Leopold & Associates, PLLC  / 80 Business Park Drive, Suite 110  /  Armonk, NY  10504
Tel: 914-219-5787, Ext. 140 /  Fax: 914-206-4066 / Email: Mrozea@leopoldassociates.com