**KIVA JAMES, ESQ., PLLC**     344 Ave U, Ste 628, Brooklyn, NY 11223

P: 347-764-2540 / F: 347-342-3197

October 6, 2017

<u>**VIA ECF**</u>

United States Bankruptcy Court Eastern District of New York (BRO)

271-C Cadman Plaza East

Brooklyn, NY 11201-1800

RE: Chapter 13 Case No.: **16-40104-nhl; Aixa Muir**

To Honorable Judge Nancy Hershey Lord:

I trust all is well. Please accept this letter as a Final Loss Mitigation Status Report.

At our last loss mitigation hearing on October 4, 2017, the Debtor, by counsel, requested a short adjournment to allow Secured Creditor, Ocwen, in this case, time to re-review a new request for mortgage assistance. Thereafter, Debtor's counsel agreed to have a complete loss mitigation package to the Ocwen attorneys by October 6, 2017 and loss mitigation was adjourned to November 7, 2017 (with Status Report due on November 3, 2017).

Now, the Debtor, by counsel, is requesting that loss mitigation be terminated. The Debtor intends to withdraw her Chapter 13 Petition; therefore, loss mitigation has become moot. Therefore, Debtor, by counsel, humbly requests termination of loss mitigation.

If there are any questions or concerns regarding this matter please feel free to contact my office at the phone number (or email) above during normal business hours.

Yours truly,

<u>s/Kiva James</u>

KIVA JAMES, ESQ., PLLC

Debtor's Attorney

Cc: Michael Rozea, Esq. (Via ECF)