UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

IN RE:                                                                  Chapter 13

                                                                              Case# 1-16-40104-nhl

Aixa Muir,

        Debtor(s).

-------------------------------------------------X

## APPLICATION FOR DISMISSAL OF CHAPTER 13 CASE

Aixa Muir, by counsel, Kiva James, Esq., hereby certifies under the penalty of perjury that:

1. The Debtor in the above captioned matter filed a Chapter 13 petition ("the case") on January 11, 2016.
2. Marianne DeRosa was appointed as the Standing Chapter 13 Trustee in this matter and participation in Loss Mitigation was ordered.
3. Loss mitigation, which is the basis for confirming a Chapter 13 Plan in this case, has not resulted in a modification.
4. The above entitled case has not been converted under Sections 706, 1112 or 1208 of Title 11 of the United States Code.
5. Therefore, I request that this Court dismiss this case pursuant to 11 U.S.C. Section 1307(b).

Dated:      October 24, 2017

KIVA JAMES, ESQ.
Debtor's Attorney
344 Ave U Suite 628
Brooklyn, NY 11223
Phone: 347-764-2540