UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:

    Aixa Muir

    dba Ludlow Barrow Assoc,

                             Debtor.
-------------------------------------------------------x

Chapter 13
Case No. 16-40104-nhl

ORDER DISMISSING
CHAPTER 13 CASE

    The Debtor, __Aixa Muir__ having filed a petition pursuant to Chapter 13 of the Bankruptcy Code on __January 11, 2016__ and having requested the dismissal of the case pursuant to 11 U.S.C. Section 1307(b) by request dated __October 24, 2017__, the Court having found that the case has not been converted under Sections 706, 1112 or 1208 of Title 11, and upon further consideration and deliberation it is hereby

    **ORDERED**, that this case shall be and is hereby dismissed.



Dated: October 27, 2017
Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**